**FORM 9A. Notice of Related Case Information**  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1913
**Short Case Caption** Xerox Corp. v. X Corp.
**Filing Party/Entity** Xerox Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Case No. 2:20-cv-10753 AB; Xerox Corporation v. Meta Platforms, Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10754-AB; Xerox Corporation v. X Corp., F/K/A Twitter, Inc.; United States District Court, Central District of California, Western Division

IPR2021-01264; Meta Platforms, Inc. f/k/a Facebook, Inc. v. Xerox Corporation; United States Patent and Trademark Office, Before the Patent Trial and Appeal Board

Case No. 23-1714; Palo Alto Research Center, LLC v. Facebook, Inc.; United States Court of Appeals for the Federal Circuit

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                    Form 9A (p. 2)
                                                                  March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---
Xerox Corporation

Palo Alto Research Center LLC

Meta Platforms, Inc.

Facebook, Inc.

X Corp.

---

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---
David Sochia, Alexandra Easley, James Quigley, Alan Block, George Fishback, Jr., Joel Thollander, Kyle Ryman, Kevin Burgess, McKOOL SMITH PC

Heidi L. Keefe, Mark R. Weinstein, Lowell D. Mead, Emily E. Terrell, Daniel J. Knauss, David N. Murdter, COOLEY LLP

Ekwan E. Rhow, Grace Kang, BIRD, MARELLA, BOXER, WOLPERT, DROOKS, LINCENBERG & RHOW, PC

---

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/01/2023                Signature: /s/ Joel L. Thollander

                                Name: Joel L. Thollander

**3. (Continued) Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates.** Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Sonal N. Mehta, Joseph T. Gooch, Mitchell S. Toledo, WILMER CUTLER PICKERING HALE & DORR LLP

Jenny Wu, J. Steven Baughman, Megan F. Raymond, Michael F. Milea, Nicholas P. Groombridge, GROOMBRIDGE, WU, BAUGHMAN & STONE LLP