**FORM 9A. Notice of Related Case Information**

Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

| | |
|---|---|
| **Case Number** | 23-1913 |
| **Short Case Caption** | Xerox Corp. v. X Corp. |
| **Filing Party/Entity** | X Corp. |

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Palo Alto Research Center, Inc. v. Facebook, Inc., 2-20-cv-10753 (C.D. Cal.)
> Xerox Corporation v. X Corp., 2-20-cv-10754 (C.D. Cal.)
> Palo Alto Research Center, LLC v. Facebook, Inc., 23-1714 (Fed. Cir.)

☐    Additional pages attached

**FORM 9A. Notice of Related Case Information**

Form 9A (p. 2)
March 2023

2.  **Names of all parties involved in the cases listed above.**  Do not duplicate the names of parties.  Do not relist the case information.  Fed. Cir. R. 47.5(b)(2)(A).

Palo Alto Research Center, Inc.

Palo Alto Research Center, LLC

Facebook, Inc.

Meta Platforms, Inc.

Xerox Corporation

Twitter, Inc.

X Corp.

☐  Additional pages attached

3.  **Names of all law firms, partners, and associates in the cases listed above.**  Do not duplicate the names of law firms, partners, and associates.    Do not relist case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

McKool Smith, P.C.; Kevin L. Burgess; Alexandra F. Easley; James E. Quigley; Kyle N. Ryman; David Sochia; Joel L. Thollander; Ashley N. Moore; Alan P. Block // Cooley LLP; Heidi L. Keefe; Daniel J. Knauss; Mark R. Weinstein; Emily E. Terrell; Lowell D. Mead // Wilmer Cutler Pickering Hale and Dorr; Sonal N. Mehta; Joseph T. Gooch; Mitchell S. Toledo; Bird Marella Boxer Wolpert Nessim Drooks Lincenberg Rhow PC; Ekwan E. Rhow; Grace W. Kang // Groombridge Wu Baughman and Stone LLP; Jenny C. Wu; John S. Baughman; Megan F. Raymond; Michael F. Milea; Nicholas P. Groombridge; Tanya Manno

☐  Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/02/2023

Signature:  /s/ Debra J. McComas

Name:  Debra J. McComas