**FORM 9A. Notice of Related Case Information**  **Form 9A (p. 1)**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1913

**Short Case Caption** Xerox Corp. v. X Corp.

**Filing Party/Entity** Xerox Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Case No. 2:20-cv-10753 AB; Xerox Corporation v. Meta Platforms, Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10754-AB; Xerox Corporation v. X Corp., F/K/A Twitter, Inc.; United States District Court, Central District of California, Western Division

IPR2021-01264; Meta Platforms, Inc., F/K/A Facebook, Inc. v. Xerox Corporation; United States Patent and Trademark Office, Before the Patent Trial and Appeal Board

Case No. 23-1714; Xerox Corporation v. Meta Platforms, Inc., F/K/A Facebook, Inc.; United States Court of Appeals for the Federal Circuit

☐ Additional pages attached

FORM 9A. Notice of Related Case Information                                  Form 9A (p. 2)
                                                                              March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

Xerox Corporation

Meta Platforms, Inc., F/K/A Facebook, Inc.

X Corp.

---

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

David Sochia, Kevin L. Burgess, Alexandra F. Easley, James E. Quigley, Alan Block, George Fishback, Jr., Joel L. Thollander, Kyle N. Ryman; MCKOOL SMITH PC

Heidi L. Keefe, Mark R. Weinstein, Lowell D. Mead, Emily E. Terrell, Daniel J. Knauss, David N. Murdter; COOLEY LLP

Sonal Naresh Mehta, Joseph Taylor Gooch, Mitchell Santos Toledo; WILMER CUTLER PICKERING HALE & DORR LLP

---

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/22/2023                    Signature:  /s/ James E. Quigley

                                    Name:       James E. Quigley

**3. (Continued) Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates.** Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

J. Steven Baughman, Megan F. Raymond; GROOMBRIDGE, WU, BAUGHMAN & STONE LLP

Debra J. McComas, David L. McCombs, Raghav Bajaj, Angela M. Oliver, Adam L. Erickson; HAYNES & BOONE, LLP